**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000815
29-JUN-2026
08:09 AM
Dkt. 56 ODSD**

NO. CAAP-25-0000815

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEBRA ROBERTSON, Claimant-Appellant-Appellant,
v.
STATE OF HAWAIʻI, DEPARTMENT OF EDUCATION,
Employer-Appellee-Appellee,
and
STATE OF HAWAIʻI, DEPARTMENT OF EDUCATION,
OFFICE OF HR WORKERS' COMPENSATION UNIT,
Insurance Carrier-Appellee-Appellee.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2022-105; DCD NO. 2-04-40090)

ORDER AND ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon consideration of the Agency-Appellee Department of Education, Office of Workers' Compensation Unit Notice of Withdrawal of Counsel (**Notice**), filed February 19, 2026, by Deputy Attorney General Jeffrey T. Kent (**Kent**), which the court construes as a motion to withdraw as counsel, under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 50(a), the papers in support, and the record, it appears that:

(1) Employer/Insurance Carrier/Appellee-Appellee State of Hawaiʻi Department of Education, Office of HR Workers'

Compensation Unit (**DOE**) is represented in this appeal by Kent and Deputy Attorney General Amanda L. Donlin (**Donlin**);

(2) The Notice states, pursuant to HRAP Rule 50(b), Kent is withdrawing as counsel of record for DOE and Donlin will continue to represent DOE in this appeal;

(3) HRAP Rule 50(b) does not apply here because there is no substitution of counsel. Instead, the court will construe the Notice as a motion to withdraw Kent as counsel for DOE, under HRAP Rule 50(a), and grant the motion;

(4) The statement of jurisdiction and opening brief were due on or before December 26, 2025, and January 26, 2026, respectively;

(5) Self-represented Claimant/Appellant-Appellant Debra Robertson (**Robertson**) failed to file either document or request an extension of time;

(6) On February 10, 2026, the appellate clerk entered a default notice informing Robertson that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on February 20, 2026, for appropriate action, which could include dismissal of the appeal, under HRAP Rules 12.1(e) and 30, and Robertson could request relief from default by motion; and

(7) Robertson has not requested relief from default or an extension of time to file the opening brief.

Therefore, IT IS HEREBY ORDERED that the Notice, construed as a motion to withdraw as counsel, is granted.

IT IS FURTHER ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 29, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge

2